UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-7001**

Case Title: **MCP No. 189 Corp. Avg. Fuel Econ** vs. _____

List all clients you represent in this appeal:

> **Pete Buttigieg, Secretary, U.S. Department of Transportation**
> **Sophie Shulman, Deputy Administrator, National Highway Traffic Safety Administration**
> **National Highway Traffic Safety Administration**

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee  ☒ Respondent  ☐ Intervenor  (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**
_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joshua M. Koppel**   Signature: s/ **Joshua M. Koppel**

Firm Name: **U.S. Department of Justice, Civil Division**

Business Address: **950 Pennsylvania Ave., NW, Room 7212**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **202-514-4820**

Email Address: **joshua.m.koppel@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---