# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: February 12, 2025

Mr. Jacob M. Abrahamson
Mr. J. Benjamin Aguinaga
Ms. Emma Akrawi
Mr. Nicholas Albert Aquart
Mr. Philip Axt
Mr. James A. Barta
Mr. Niccolo A. Beltramo
Mr. Joshua Aries Berman
Mr. Peter Bruland
Mr. Michael B. Buschbacher
Mr. Thomas J. Callahan
Mr. Thomas James Callahan
Mr. Alex Certo
Mr. Brandon F. Chase
Mr. Paul D. Clement
Mr. James R. Conde
Mr. Christian Brian Corrigan
Mr. James T. Crowley
Mr. D. David DeWald
Mr. Joshua M. Divine
Ms. Alexandria K. Doolittle
Mr. Ian Fein
Ms. Julia Kathryn Forgie
Mr. Thomas Elliot Gaiser
Mr. Anthony J. Galdieri
Mr. Kevin Michael Gallagher
Mr. Paul Garrahan
Mr. Garry M. Gaskins II

Mr. Thomas Gillen
Mr. Steven Jay Goldstein
Ms. Emily K. Green
Mr. Gary S. Guzy
Mr. Douglas Andrew Hastings
Ms. Alice M. Henderson
Ms. Nell Maria Miano Hryshko
Mr. Allen Huang
Mr. Alan M. Hurst
Mr. Dylan L. Jacobs
Mr. Jason E. James
Mr. Abhishek S. Kambli
Mr. Kevin J. Kennedy
Mr. Bryan Michael Killian
Mr. Joshua Koppel
Mr. Lincoln J. Korell
Mr. Matthew Franklin Kuhn
Mr. Edmund Gerard LaCour Jr.
Mr. Howard Alan Learner
Mr. Lyle Leonard
Ms. Jennifer L. Lewis
Mr. Justin Lee Matheny
Mr. Gavin Geraghty McCabe
Mr. Theodore McCombs
Ms. Amanda J. Miiller
Mr. Thomas Mooney-Myers
Ms. Kathleen Moriarty Mueller

Ms. Carrie Noteboom
Ms. Vera P. Pardee
Ms. Brittany M. Pemberton
Mr. Stephen J. Petrany
Ms. Lanora Christine Pettit
Mr. Carter Glasgow Phillips
Mr. Anthony J. Powell
Mr. Thomas Pulham
Mr. Stanford Edward Purser
Ms. Morgan L. Ratner
Mr. Adam Raviv
Mr. C. Harker Rhodes IV
Mr. Seth Schofield
Mr. David C. Scott
Mr. Joseph David Spate
Ms. Mathura Jaya Sridharan
Mr. Mark B. Stern
Mr. Peter Surdo
Mr. Peter M. Torstensen Jr.
Mr. David Christian Tryon
Ms. Caroline S. Van Zile
Mr. Nicholas M. Vaz
Mr. Jeffrey Bryan Wall
Mr. Eric H. Wessan
Mr. Henry Charles Whitaker
Mr. Michael Ray Williams
Ms. Hannah Yindra

Mr. David Zaft
Ms. Allison M. Zieve

Re: Case No. 24-7001/24-3539/24-3560/24-3572/24-3601/24-3603/24-3605/24-3606/24-3658/24-3664/24-3698/24-3728, *MCP No. 189 Corp Avg Fuel Econ (NHTSA-2023-0022)*
Originating Case No. : NHTSA-2023-0022

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending a ruling on the motion to hold case in abeyance. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027