IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| IN RE: NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, DEPARTMENT OF TRANSPORTATION, CORPORATE AVERAGE FUEL ECONOMY STANDARDS FOR PASSENGER CARS AND LIGHT TRUCKS FOR MODEL YEARS 2027 AND BEYOND AND FUEL EFFICIENCY STANDARDS FOR HEAVY-DUTY PICKUP TRUCKS AND VANS FOR MODEL YEARS 2030 AND BEYOND, 89 FED. REG. 52540, PUBLISHED ON JUNE 24, 2024. | No. 24-7001 (and consolidated cases) |

## STATUS REPORT

The petitions for review in these consolidated cases challenge a rule issued by

the National Highway Traffic Safety Administration (NHTSA) titled *Corporate Average*

*Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond*

*and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030*

*and Beyond*, 89 Fed. Reg. 52,540 (June 24, 2024). On January 28, 2025, the Secretary of

Transportation issued a memorandum directing NHTSA to "commence an immediate

review and reconsideration of all existing fuel economy standards applicable to all

models of motor vehicles produced from model year 2022 forward, including in

particular" the 2024 rule at issue in this litigation. Memorandum from Secretary Sean

Duffy to Office of the Administrator of NHTSA, *et al.* 3 (Jan. 28, 2025).[1] On

February 3, 2025, the federal government respondents moved to hold these cases in

abeyance. The Court granted that motion on February 14, 2025, and ordered the

government to file periodic status reports.

In accordance with the Secretary's earlier memorandum, on June 11, 2025,

NHTSA issued an interpretive rule that sets forth the agency's interpretation of

relevant statutory provisions as "a foundation for resetting" both its "Corporate

Average Fuel Economy" and "medium- and heavy- duty fuel efficiency programs."

*Resetting the Corporate Average Fuel Economy Program*, 90 Fed. Reg. 24,518, 24,518 (June

11, 2025). On December 5, 2025, NHTSA published a proposed rule that would

amend the fuel-economy standards for light-duty vehicles for model years 2022 to

2031. *See* 90 Fed. Reg. 56,438 (Dec. 5, 2025). The agency held a public hearing on

the proposal on January 7, 2026, and the comment period closed on February 4, 2026.

*See* 91 Fed. Reg. 1,494 (Jan. 14, 2026). NHTSA is preparing a final rule, which

completed regulatory review with the Office of Information and Regulatory Affairs

on August 6, 2026.[2] Medium- and heavy-duty standards remain under consideration.[3]

---

[1] Available at https://www.transportation.gov/sites/dot.gov/files/2025-01/Signed%20Secretarial%20Memo%20re%20Fixing%20the%20CAFE%20Program.pdf.

[2] *See* http://www.reginfo.gov/public/do/eoDetails?rrid=1447213.

[3] *See* Letter from Jonathan Morrison, Administrator, NHTSA to manufacturers (Jan. 30, 2026), *available at* https://www.nhtsa.gov/sites/nhtsa.gov/files/2026-01/letter-next-steps-resetting-HDPUV-standards-jan-2026.pdf.

These cases should remain in abeyance pending a conclusion of the rulemaking process.

Respectfully submitted,

THOMAS PULHAM

/s/ *Joshua M. Koppel*
JOSHUA M. KOPPEL
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7212*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   (202) 514-4820

AUGUST 2026